IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| CHARLES RAY THOMAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:06-CV-0138 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On June 6, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied. On June 19, 2006, petitioner filed "objections" to the Report and Recommendation. In such "objections" petitioner did not address the Report and Recommendation but only requested an extension of time in which to request appointment of counsel. Since June 19, 2006, petitioner has neither submitted any objections or filed a request for appointment of counsel.

The undersigned United States District Judge has made an independent examination of the record in this case. To the extent, if any, that petitioner was requesting appointment of counsel by his June 19, 2006 pleading, such request is DENIED. To the extent, if any, petitioner's pleading was intended as objections to the Report and Recommendation, such "objections" are hereby

OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of __July__ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE